IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2006 NOV -1  A 11: 06

Ricky Ellingston Luther    Ais# 149852
_____
Full name and prison number
of plaintiff(s)

v.                                   )   CIVIL ACTION NO. 3:06-CV-991-WKW
                                     )   (To be supplied by Clerk of
Willam King III                      )    U.S. District Court)
_____            )
nurse Stewert                        )
_____            )
_____            )
_____            )

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action?  YES ( )  NO (✓)

     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment?  YES ( )  NO (✓)

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below.  (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s) _____

               _____

               Defendant(s) _____

               _____

          2.   Court (if federal court, name the district; if
               state court, name the county) _____

               _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____
_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
_____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                          ADDRESS 227-E, Magnolia Ave.
                                         Auburn, Ala.
1. Willam king              Dentist ~~can't get it~~

2. _____

3. _____

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED it was around MAY- 24-25-26 Some time around then.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I went to the Dentist to get my tooth pulled. the Dentist Dr. King xrayed my tooth he

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

then told me that I had a bad Absess and that my tooth had An Affection he then tryed to numb my Gum And Still tryed to Pull my tooth. IF you get A tooth Pulled with An Absess it could Hurt you. now I could hardly eat or even open my mouth.

**GROUND TWO:** he was never sopposed to try And Pull my tooth with An Absess.

**SUPPORTING FACTS:** I still haven't had nothing did about my tooth. I suffer every day with a maylor tooth Ace. it's hard to get something for A tooth Ace. it's been About two week's. then these People here At Lee county Jail sent me back to the same Dentist where he mr. kins tryed to

**GROUND THREE:** Pull my tooth again with an Absess. All I can do now is suffer. my tooth is hurting

**SUPPORTING FACTS:** So bad that it give's me mygrain headaces. the dentist Dr. kins told me that I will have to go to an oral Sursan to get my tooth cut out and these People wont Pay for it. if the nurse would have Put me on the dentist list when I first Put a reenust in my tooth would have never gotten to this Point.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*I would like to sue for the Pain and Suffering I have to go threw and still going threw.* ~~[scribbled out]~~

*Ricky Ellington*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 6-12-06
(Date)

*Ricky Ellington*
Signature of plaintiff(s)

4