IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RICKY LUTHER ELLINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:06-cv-991-WKW |
| | ) |
| WILLIAM KING, III, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On November 3, 2006, the Magistrate Judge filed a Recommendation (Doc. # 3) that this case be dismissed for the plaintiff's failure to pay the full filing fee upon the initiation of this case. No objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. # 3) is ADOPTED; and

2. This case is DISMISSED without prejudice.

An appropriate judgment will be entered.

Done this 30th day of November, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE